UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. **CV 17-04044 PA (AFM)** | Date: October 4, 2017 |
| Title **Errol Joseph Scorza, IV v. State of California dba Stacy Gravely** | |

Present: The Honorable: **ALEXANDER F. MacKINNON, U.S. Magistrate Judge**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): Order to Show Cause**

    On August 8, 2017, the Court dismissed plaintiff Complaint with leave to amend. Plaintiff was ordered to file a First Amended Complaint remedying the deficiencies noted within 30 days of the order if he wished to pursue this action. Plaintiff was admonished that he if failed to file a First Amended Complaint within 30 days, the Court would recommend that the action be dismissed for failure to diligently prosecute. As of the date of this order, a First Amended Complaint has not been filed.

    Plaintiff shall show cause on or before **October 17, 2017**, why this action should not be dismissed due to plaintiff's failure to prosecute. The filing of a First Amended Complaint on or before **October 17, 2017** shall discharge the order to show cause. **Plaintiff is hereby cautioned that failing to comply with this Order and/or to show cause will result in the recommendation that this action be dismissed for failure to prosecute.**

    IT IS SO ORDERED.

| | : |
|---|---|
| **Initials of Preparer** | ib |