# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL JOSEPH SCORZA, | Case No. CV 17-04044 PA (AFM) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| STATE OF CALIFORNIA, etc., | |
| Defendants. | |

   Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

   IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: November 30, 2017

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE